UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Antonio Jones, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>United States of America, )<br>)<br>Defendant. ) | Case: 1:16-cv-01819     (F-Deck)<br>Assigned To : Unassigned<br>Assign. Date : 9/9/2016<br>Description: Pro Se Gen. Civil |

## MEMORANDUM OPINION

Plaintiff, proceeding *pro se*, has submitted a complaint and an application to proceed *in forma pauperis*. The application will be granted, and the complaint will be dismissed. *See* 28 U.S.C. § 1915(e)(2)(B)(ii) (requiring dismissal of a case upon a determination that the complaint fails to state a claim upon which relief may be granted).

Plaintiff sues the United States of America under 42 U.S.C. § 1983 "for violating [his] Fifth amendment right to due process." Compl. at 1. He seeks money damages for alleged wrongful imprisonment. The complaint arises from a 180-day sentence imposed by the Superior Court of the District of Columbia in 2012 and related probation proceedings. By its terms, Section 1983 applies to a "person" acting under color of state or District of Columbia law. In addition, the United States, which is subject to suit only upon consent, has not consented to be sued for money damages based on constitutional violations. *FDIC v. Meyer*, 510 U.S. 471, 477-78 (1994). In the text of the complaint, plaintiff states that he "wishes to sue" two individuals, Compl. at 6, but he has not named an individual party-defendant an alleged facts showing his entitlement to relief. *See* Fed. R. Civ. P. 8(a) (setting out minimal pleading requirements).

1

Accordingly, the complaint brought solely against the United States will be dismissed. A separate order of dismissal accompanies this Memorandum Opinion.

Date: September 7, 2016

_____
United States District Judge